Mark S. Middlemas (USB No. 9252)
Tom Cook (USB No. 5846)
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115
(801) 263-3400
(801) 263-6513 (fax)
ECFmailDistGroup@Lundbergfirm.com

Attorneys for JPMorgan Chase Bank, National Association
L&A Case No. 10.64245.4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
Central Division

| In re: | Bankruptcy No. 19-20987 WTT |
|---|---|
| Deone L. Clayson, | (a Chapter 13 case) |
| Debtor. | Filed Electronically |

APPEARANCE OF COUNSEL

Lundberg & Associates, PC enters an appearance on behalf of JPMorgan Chase Bank, National Association ("Creditor"), a secured creditor in the above-referenced bankruptcy. Please add the following to the mailing matrix:

> Mark S. Middlemas
> Lundberg & Associates, PC
> 3269 South Main Street, Suite 100
> Salt Lake City, UT 84115

DATED: April 4, 2019.

                LUNDBERG & ASSOCIATES, PC

                By /s/Mark S. Middlemas
                Mark S. Middlemas
                Attorneys for Creditor

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that, on April 4, 2019, I electronically filed the foregoing Appearance of Counsel with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.

CERTIFICATE OF SERVICE – MAIL, OTHER

I certify that, on April 4, 2019, I caused to be served a true and correct copy of the foregoing Appearance, as follows:

Mail Service – By regular first class United States mail, postage fully pre-paid addressed to:

        Deone L. Clayson
        6237 South 4800 West
        Spanish Fork, UT 84660
            Pro Se Debtor

        Deone L. Clayson
        11531 South 2700 West
        South Jordan, UT 84095
            Pro Se Debtor

                /s/Mark S. Middlemas
                Mark S. Middlemas